**Mark REYNOLDS, Appellant Pro Se,**

v.

**Brian CONLEY, M.D. and SSM Regional Health Services, d/b/a St. Mary's Pediatrics, Respondents.**

**No. WD 61291.**

Missouri Court of Appeals, Western District.

May 13, 2003.

Mark Reynolds, Steedman, pro se.

Timothy John Gearin, St. Louis, for respondents.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge, and JAMES M. SMART, JR., Judge.

### ORDER

Appellant Mark Reynolds appeals, *pro se*, the trial court's grant of summary judgment in favor of respondents Brian Conley and SSM Regional Health Services, d/b/a St. Mary's Pediatrics, regarding Reynolds' claims of defamation and "false light" invasion of privacy. We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The circuit court's judgment is affirmed in accordance with Rule 84.16(b).